# EXHIBIT B

```
 LOSCN   531.01 *              INMATE HISTORY              *     01-04-2021
PAGE 001 OF 001 *                CARE LEVEL                *      11:23:12

  REG NO..: 42729-039 NAME....: SCOTT, ANDREW NEIL
  CATEGORY: CAR        FUNCTION: PRT        FORMAT:

FCL    ASSIGNMENT  DESCRIPTION                  START DATE/TIME STOP  DATE/TIME
PEM    CARE1       HEALTHY OR SIMPLE CHRONIC CARE 04-25-2013 1311 CURRENT
PEM    CARE1-MH    CARE1-MENTAL HEALTH           04-26-2012 0946 CURRENT
PEM    SCRN1       CCM: HEALTHY/SIMPLE CARE      04-12-2012 0512 04-25-2013 1311
GIL    SCRN2-MH    SCRN2-MENTAL HEALTH           04-12-2012 0512 04-26-2012 0946
LOS    CARE1       HEALTHY OR SIMPLE CHRONIC CARE 12-15-2009 2000 04-12-2012 0512




















G0000        TRANSACTION SUCCESSFULLY COMPLETED
```