# EXHIBIT C

```
 LOSCN            *       INMATE DISCIPLINE DATA         *     01-04-2021
PAGE 001          *   CHRONOLOGICAL DISCIPLINARY RECORD  *     11:21:20


REGISTER NO: 42729-039 NAME..: SCOTT, ANDREW NEIL
FUNCTION...: PRT       FORMAT: CHRONO    LIMIT TO ___ MOS PRIOR TO 01-04-2021

------------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 2955319 - SANCTIONED INCIDENT DATE/TIME: 02-01-2017 2017
DHO HEARING DATE/TIME: 04-18-2017 0839           DHO REPT DEL: 04-06-2018 0900
FACL/CHAIRPERSON.....: PET/STEAMER
REPORT REMARKS.......: INMATE ADMITTED TO THE CHARGE.
   297  PHONE ABUSE-DISRUPT MONITORING - FREQ: 1
        DIS GCT    / 27 DAYS / CS
        COMP:010 LAW:P   27 DAYS LOSS OF GCT.
        LP COMM    / 4 MONTHS / CS
        COMP:    LAW:    FOUR MONTHS LOSS OF COMMISSARY - RESTORE 8-18-2017
        LP PHONE   / 4 MONTHS / CS
        COMP:    LAW:    FOUR MONTHS LOSS OF PHONE - RESTORE 08-18-2017
------------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 2764966 - SANCTIONED INCIDENT DATE/TIME: 09-24-2015 1150
DHO HEARING DATE/TIME: 10-15-2015 1843           DHO REPT DEL: 11-04-2015 0730
FACL/CHAIRPERSON.....: PEM/BROWN
REPORT REMARKS.......: INMATE ADMITTED THE REPORT IS TRUE. DHO UPHELD CODE 224
   224  ASSAULTING W/O SERIOUS INJURY - FREQ: 1 ATI: IF2 RFP: D
        DIS GCT    / 27 DAYS / CS
        COMP:010 LAW:P   27 DAYS LOSS OF GCT AS MANDATED FOR INMATES
                         SENTENCED UNDER PLRA.
        DS         / 30 DAYS / CS / SUSPENDED 180 DAYS
        COMP:    LAW:    30 DAYS DS SUSPENDED PENDING 180 DAYS CLEAR
                         CONDUCT.
        LP COMM    / 3 MONTHS / CS
        COMP:    LAW:    3 MONTHS LOSS OF COMMISSARY FROM 10-15-15 THRU
                         01-12-16.
------------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 2503992 - SANCTIONED INCIDENT DATE/TIME: 10-14-2013 1354
DHO HEARING DATE/TIME: 10-29-2013 0910
FACL/CHAIRPERSON.....: PEM/W BENNETT
REPORT REMARKS.......: INMATE DENIED ENGAGING IN A SEXUAL ACT. DHO FOUND INMATE
                       GUILTY OF CODE 409 MORE APPROPRIATE THAN CODE 205.
   409  UNAUTHORIZED PHYSICAL CONTACT - FREQ: 1
        LP COMM    / 3 MONTHS / CS
        COMP:    LAW:    3 MONTHS LOSS OF COMMISSARY BEGINNING 10-29-2013
                         THRU 01-29-2014
------------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 2215353 - SANCTIONED INCIDENT DATE/TIME: 09-27-2011 1340
DHO HEARING DATE/TIME: 10-18-2011 0835
FACL/CHAIRPERSON.....: LOS/R. ALI
REPORT REMARKS.......: HE ADMITTED HE WAS IN AN UNAUTHORIZED AREA.




G0002       MORE PAGES TO FOLLOW . . .
```

```
                Case 2:09-cr-00068-VAP   Document 1427-3   Filed 01/13/21   Page 3 of 3   Page ID #:13263
     LOSCN         *          INMATE DISCIPLINE DATA          *     01-04-2021
PAGE 002 OF 002  *     CHRONOLOGICAL DISCIPLINARY RECORD      *      11:21:20

REGISTER NO: 42729-039 NAME..: SCOTT, ANDREW NEIL
FUNCTION...: PRT       FORMAT: CHRONO    LIMIT TO ___ MOS PRIOR TO 01-04-2021

DHO HEARING DATE/TIME: 10-18-2011 0835 REPORT 2215353 CONTINUED
    316  BEING IN UNAUTHORIZED AREA - FREQ: 1
         DS          / 7 DAYS / CS / SUSPENDED 180 DAYS
         COMP:     LAW:   7 DAYS OF DISCIPLINARY SEGREGATION SUSPENDED
                          PENDING 180 DAYS OF CLEAR CONDUCT.
         LP OTHER    / 2 MONTHS / CS
         COMP:     LAW:   LOSS OF E-MAIL PRIVILEGES FROM 10/18/2011 THROUGH
                          12/18/2011.
         LP VISIT    / 2 MONTHS / CS
         COMP:     LAW:   LOSS OF VISITING PRIVILEGES FROM 10/18/2011
                          THROUGH 12/18/2011.
------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 2009759 - SANCTIONED INCIDENT DATE/TIME: 04-30-2010 1415
DHO HEARING DATE/TIME: 05-17-2010 0755
FACL/CHAIRPERSON.....: LOS/R. ALI
APPEAL CASE NUMBER(S): 597034
REPORT REMARKS.......: HE ELECTED TO REMAIN SILENT AT DHO HEARING AFTER
                       TESTING POSITIVE FOR THC METABOLITE.
    112  USE OF DRUGS/ALCOHOL - FREQ: 1 ATI: ???
         DIS GCT     / 40 DAYS / CS
         COMP:000 LAW:    IF INMATE RECEIVES FEDERAL SENTENCE AND EARNS GCT
                          DISALLOW 40 DAYS. 100 LEVEL OFFENSE 75% OF ANNUAL.
         LP COMM     / 6 MONTHS / CS
         COMP:     LAW:   LOSS OF COMMISSARY FROM 5/18/2010 THROUGH
                          11/18/2010.
         LP VISIT    / 6 MONTHS / CS
         COMP:     LAW:   LOFF OF VISITING 5/18/2010 THROUGH 11/18/2010.




     G0005         TRANSACTION SUCCESSFULLY COMPLETED - CONTINUE PROCESSING IF DESIRED
```